■ LINDA SINNI, Individually and as Administratrix of the Estate of PAUL R. SINNI, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 114038.) [979 NYS2d 886]— Appeal from an order of the Court of Claims (Diane L. Fitzpatrick, J.), entered July 10, 2012. The order denied defendant's motion for summary judgment dismissing claimant's claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Smith, Centra, Carni and Whalen, JJ.